127 F.3d 819
 John PAPAI, Joanna Papai, Plaintiffs-Appellants,
v.
HARBOR TUG AND BARGE COMPANY, Defendant-Appellee.
 No. 93-15132.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 24, 1997.
 
 1
 On Remand from the United States Supreme Court.
 
 
 2
 Before: POOLE,[1] REINHARDT, Circuit Judges, and TAKASUGI,[2] District Judge.
 
 
 3
 This case is remanded to the District Court for proceedings consistent with Harbor Tug & Barge Co. v. Papai, --- U.S. ----, 117 S.Ct. 1535, 137 L.Ed.2d 800 (1997), reversing 67 F.3d 203 (9th Cir. 1995).
 
 
 
 [1]
 Judge Poole did not participate in this order
 
 
 [2]
 Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation